# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARSHA HOPKINS, ) | |
| ) | |
| Plaintiff, ) | Civil No.: 3:21-cv-00375 |
| ) | |
| v. ) | |
| ) | JURY DEMAND |
| C. R. BARD INCORPORATED, BARD ) | |
| PERIPHERAL VASCULAR, INCORPORATED, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted, this 23rd day of June, 2021.

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|

*/s/ Roxell Ann Richards*
Oluwaseun Adetoun Adeyemi
Roxell Richards Law Firm
6420 Richmond Ave., Ste. 135
Houston, TX 77057
713-974-0388
Fax: 713-974-0003
Email: masstorts@roxellrichards.com

Roxell Ann Richards
Roxell Richards Law Firm
6420 Richmond Ave., Ste. 135
Houston, TX 77057
7139740388
Fax: 7139740003
Email: rr@roxellrichards.com

*/s/ Woods Drinkwater*
Shane G. Ramsey (#035528)
Woods Drinkwater (#033838)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1100
Nashville, TN 37219
(615) 664-5355
Fax: (615) 664-5399
Email: shane.ramsey@nelsonmullins.com
Email: woods.drinkwater@nelsonmullins.com

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true copy of the foregoing has been furnished via ECF, this 23rd day of June, 2021, to all counsel of record.

Oluwaseun Adetoun Adeyemi  
Roxell Richards Law Firm  
6420 Richmond Ave., Ste. 135  
Houston, TX 77057  
713-974-0388  
Fax: 713-974-0003  
Email: masstorts@roxellrichards.com

Roxell Ann Richards  
Roxell Richards Law Firm  
6420 Richmond Ave., Ste. 135  
Houston, TX 77057  
7139740388  
Fax: 7139740003  
Email: rr@roxellrichards.com

                                            By:  */s/ Woods Drinkwater*  
                                                      Woods Drinkwater